# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DONALD STEVEN YAAG,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ROBERT LEGRAND, *et al.*,<br><br>　　　　Respondents. | Case No. 3:14-cv-00295-MMD-WGC<br><br>ORDER |

Good cause appearing, petitioner's unopposed motion for an extension of time (ECF No. 56) is granted. Petitioner will have up to and including January 22, 2018, within which to file an opposition to the respondents' motion to dismiss (ECF No. 55).

DATED THIS 22nd day of November 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE