UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DONALD STEVEN YAAG,<br><br>　　　　　　　　Petitioner,<br>v.<br>ROBERT LEGRAND, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:14-cv-00295-MMD-WGC<br><br>ORDER |

Good cause appearing, petitioner's second unopposed motion for an extension of time (ECF No. 56) is granted. Petitioner will have up to and including March 23, 2018, within which to file an opposition to the respondents' motion to dismiss (ECF No. 55). Petitioner is advised, however, that absent a considerable showing of cause, further extensions of time are unlikely to be granted.

DATED THIS 23rd day of January 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE