# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONALD STEVEN YAAG,<br><br>Petitioner,<br>v.<br>ROBERT LEGRAND, *et al.*,<br><br>Respondents. | Case No. 3:14-cv-00295-MMD-WGC<br><br>ORDER |

Respondents' unopposed motion for an extension of time (ECF No. 63) is granted. Respondents will file any reply to petitioner's opposition to their motion to dismiss within fourteen (14) days after the Court issues an order on the petitioner's pending motion for stay and abeyance.

DATED THIS 26th day of March 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE