UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DONALD STEVEN YAAG, | Case No. 3:14-cv-00295-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Good cause appearing, Petitioner's unopposed first Motion for Extension of Time (ECF No. 73) is granted. Petitioner has until March 6, 2020, to oppose Respondents' Motion to Dismiss (ECF No. 72).

DATED THIS 6th day of January 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE