UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

DONALD STEPHEN YAAG,

                Petitioner,

v.

TIM GARRETT,[1] *et al.*,

                Respondents.

Case No. 3:14-cv-00295-MMD-WGC

ORDER

    Respondents filed a motion (first request) for enlargement of time to respond to Petitioner Donald Stephen Yaag's motion for, *inter alia*, Rule 60(b)(6) review (ECF No. 95 ("Motion")). Yaag did not file an opposition to the request. The Court finds that the request is made in good faith and not solely for the purpose of delay. Thus, good cause exists to grant the Motion.

    It is therefore ordered that Respondents' motion for enlargement of time (ECF No. 95) is granted. Respondents have until January 30, 2023, to respond to Yaag's motion (ECF No. 94).

    The Clerk of Court is directed to substitute Tim Garrett for Respondent Renee Baker.

    DATED THIS 7th Day of December 2022.

                                             MIRANDA M. DU
                                             CHIEF UNITED STATES DISTRICT JUDGE

---

[1] According to the state corrections department's inmate locator page, Yaag is incarcerated at Lovelock Correctional Center. The department's website reflects Tim Garrett is the warden for that facility. *See* https://doc.nv.gov/Facilities/LCC_Facility/. The Court will therefore direct the Clerk to substitute Tim Garrett for Respondent Renee Baker under Federal Rule of Civil Procedure 25(d).